UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

STACHIA CAMPBELL                                                                                      PLAINTIFF

V.                             NO. 5:18CV00090 BRW-JTR

NANCY A. BERRYHILL,
**Deputy Commissioner for Operations,
performing the duties and functions not reserved
to the Commissioner of Social Security**                                               DEFENDANT

## ORDER

I have reviewed the Recommended Disposition submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, I adopt the Recommended Disposition in all respects. Judgment will be entered accordingly.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Stachia Campbell's Complaint (*Doc. 2*) is DISMISSED with prejudice.

IT IS SO ORDERED this 14th day of February, 2019.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE