UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**STACHIA CAMPBELL**                                                                              **PLAINTIFF**

V.                    NO. 5:18CV00090 BRW-JTR

**NANCY A. BERRYHILL,**
**Deputy Commissioner for Operations,**
**performing the duties and functions not reserved**
**to the Commissioner of Social Security**                       **DEFENDANT**

## JUDGMENT

Based on the Order entered today, this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 14th day of February, 2019.

                                                  /s/ Billy Roy Wilson_____
                                                UNITED STATES DISTRICT JUDGE